# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KEITH E. COLEY, ADC #94008                                                                                            PETITIONER

v.                                         No. 5:14CV00018 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                                                RESPONDENT

## ORDER

Keith E. Coley has failed to make a substantial showing that he has been denied a constitutional right, so no certificate of appealability will be issued. The motion for a certificate of appealability is DENIED.

IT IS SO ORDERED this 30th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE